In the Interest of I.M.O.,

M.C.B. and C.M.B. (Natural Mother), Respondents,

v.

M.C.O. (Natural Father), Appellant.

No. WD 58586.

Missouri Court of Appeals, Western District.

April 17, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2001.

Application for Transfer Denied Aug. 21, 2001.

Mary Ann Drape, Kansas City, MO, Attorney for Appellant.

James A. Waits, Kansas City, MO, Attorney for Respondents.

Sanford P. Krigel, Kansas City, MO, Guardian ad litem.

Before ULRICH, P.J., and EDWIN H. SMITH and NEWTON, JJ.

**ORDER**

PER CURIAM.

M.C.O., the natural father, appeals the judgment of the Circuit Court of Jackson County terminating his parental rights to his minor son, I.M.O., and approving I.M.O.'s adoption by his stepfather, M.C.B., who is married to the natural mother, C.M.B.

Judgment affirmed. Rule 84.16(b).